UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RECEIVED
IN LAKE CHARLES, LA.

SEP 10 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

| | |
|---|---|
| **CURTIS D. TEETER**<br>**FED. REG. #18695-045** | **CIVIL ACTION NO. 2:13-CV-2932** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **JOSEPH P. YOUNG** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 10th day of September, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE